| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Stacy Ann Warfield |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern    District of    Indiana (State) |
| Case Number | 13-11487-RLM-13 |

# Official Form 4100R
## Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** PHH Mortgage Corporation

**Court Claim no.** (if known)    6

**Last four digits** of any number you use to identify the debtor's account: 0341

**Property address:** 1520 East 54th Street
Indianapolis, IN  46220-3303

### Part 2: Prepetition Default Payments
*Check one:*

☒ Creditor agrees that the Debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

### Part 3: Postpetition Mortgage Payment
*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    04/01/2019
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.  Total postpetiton ongoing payments due:                         (a) $ _____
  b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____
  c.  Total. Add lines a and b.                                        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                                              ___/___/_____
                                                                        MM / DD / YYYY

Debtor 1 <u>Stacy Ann Warfield</u>                                              Case number (if known) <u>13-11487-RLM-13</u>

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box.*
☐ I am the creditor
☑ I am the creditor's authorized agent.

I declare under penalties of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _/s/ Kristin L. Durianski_     Date <u>3/6/2019</u>
Signature

Print:     <u>Kristin L. Durianski</u>                          Title   <u>Attorney</u>
           First Name   Middle Name   Last Name

Company   <u>Codilis Law, LLC</u>

Address   <u>8050 Cleveland Place</u>

          <u>Merrillville, IN 46410</u>

Contact
Phone     <u>(219) 736-5579</u>                            Email   <u>bankruptcy@codilis.com</u>

Attorney
File:     <u>1026776</u>

## CERTIFICATE OF SERVICE

I certify that on March 6, 2019, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Mark S. Zuckerberg; filings@mszlaw.com
Ann M. Delaney; ECFdelaney@trustee13.com
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

I further certify that on March 6, 2019, a copy of the attached was mailed by depositing in the U.S. Mail to the following:

Stacy Ann Warfield
1520 E 54th
Indianapolis, IN  46220

Attorneys for Creditor

By: *Kristin L. Durianski*
Kristin L. Durianski    24866-64

Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@codilis.com
Atty File: 1026776

**This firm is deemed to be a debt collector.**

·